NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CANEX INTERNATIONAL LUMBER SALES, LTD.,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-1512

---

Appeal from the United States Court of International Trade in No. 02-CV-0596, Chief Judge Jane A. Restani.

---

**JUDGMENT**

---

JOEL R. JUNKER, Joel R. Junker & Associates, of Seattle, Washington, argued for plaintiff-appellant.

BARBARA S. WILLIAMS, Attorney in Charge, International Trade Field Office, United States Bureau of Customs and Border Protection, of New York, New York, argued for defendant-appellee. With her on the brief were CHI S. CHOY; and TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and AIMEE LEE, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* MOORE, *Circuit Judge* and AIKEN, *Chief Judge*\*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| October 12, 2011 | /s/ Jan Horbaly |
|:---:|:---:|
| Date | Jan Horbaly |
| | Clerk |

---

\* Honorable Ann Aiken, Chief Judge, United States District Court for the District of Oregon, sitting by designation.